# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

OLIVER L. CANADAY,

    Plaintiff,

vs.                             CASE NO. 5:09cv08/RS-MD

MICHAEL W. WYNNE, Secretary
of Department of Air Force,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 38) and Defendant's Motion To Court, Objections To Findings And Recommendations Under Court Report And Recommendations Dated 29 April 2010 (Doc. 41). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. Plaintiff's Motion For Default Judgment (Doc. 34-2) is **denied**.

3. Defendant's Motion to Dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) (Doc. 30) is **denied.** This ruling does not preclude Defendant from filing a motion seeking an appropriate disposition of this case because of Plaintiff's failure to make timely contact with an EEO counselor.

4. Plaintiff's Motion to Void Defendant's Motion To Dismiss (Doc. 36) is

**denied.**

5. This case is remanded to Magistrate Judge Miles Davis for further proceedings.

**ORDERED** on May 14, 2010.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**