IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OLIVER L. CANADAY,

    Plaintiff,

vs.

CASE NO. 5:09cv08/RS-MD

MICHAEL W. WYNNE, Secretary
of Department of Air Force,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 51) and Plaintiff's Objections (Doc. 52). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. Defendant's Motion For Summary Judgment (Doc. 45) is **granted**. The clerk is directed to enter judgment for Defendant.

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on August 2, 2010.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**